IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2019 DEC 10 PM 4:30

CLERK
SO. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 219-cr-35 |
| DAVEN JONES, | |
| Defendant. | |

# ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED**, this 10 day of December, 2019.

_____
LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA