# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

## CLERK'S MINUTES  - GENERAL

CASE NO. **CR219-35**            DATE **02/07/2020**
TITLE **USA v. Daven Jones**
TIMES **10:58 - 11:28**           TOTAL **30 Minutes**

Honorable : **Lisa Godbey Wood, U. S. District Court Judge**     Courtroom Deputy : **Whitney Sharp**
Court Reporter : **Debra Gilbert**     Interpreter :

Attorney for Government            Attorney for Defendant(s)           Defendant(s)
Frank Pennington                   Steven Blackerby

PROCEEDINGS : **Sentencing**        ☑ In Court
                                    ☐ In Chambers

Objections - None ; The Court has read and reviewed the sentencing memo as filed by defense.
The Court adopts the findings of fact and conclusions of applicable advisory guidelines and
Therefore finds total Offense Level 23 / Criminal History I / Guideline 46 - 57 Months /
no less than 5 years supervised release / $20,000 - $200,000 fine / $100 special assessment /
no fine / No minimum - maximum 30 years.
Defense 11:01 - 11:07  / Government 11:07 - 11:10 / Defendant 11:11 -  11:17
Court  - BOP 46 months / recommendation to BOP for placement with sex offender
treatment program / no fine / $100 special assessment / VTA assessment waived /
forfeiture per order / 5 years supervised release / standard, special and mandatory conditions
of supervision/ no firearms or weapons / no new violations / DNA sample / comply with
SORNA requirements / participation in mental health treatment program and comply /
subject to searches / during 1st year of supervised release participation in sex offender
treatment program / during 1st year of supervised release no contact with persons under
18 YOA without USPO approval / not to view or possess any sexually explicit conduct /
no access to the internet without USPO approval / Counts 1 and 3 dismissed / appeal
waiver / FCI Coleman to the extent space and security allow.